Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
IN RE:                                               :
Fosamax Products Liability Litigation                :
-----------------------------------------------------x
*This Document Relates to:*                          :    1:06-md-1789 (JFK)
Irene R. Delancey                                    :
v. Merck & Co., Inc.                                 :
                                                     :
Case No: 1:07-cv-7367-JFK                            :    **Rule 7.1 Statement**
-----------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and are not aware of any beneficial owner of more than ten percent of its Common Stock.

Dated: New York, New York
       September 17, 2007

                      Respectfully submitted,

                      HUGHES HUBBARD & REED LLP

                      By: /s/
                          Norman C. Kleinberg
                          Theodore V. H. Mayer
                          William J. Beausoleil

                      One Battery Park Plaza
                      New York, New York 10004-1482
                      (212) 837-6000
                      *Attorneys for Defendant Merck & Co., Inc.*